UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TINA L.[1], | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 3:22-cv-00135-MPB-MJD |
| | ) |
| KILOLO KIJAKAZI, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

**SO ORDERED**.

Date: 7/28/2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

---

[1] In an effort to protect the privacy interests of claimants for Social Security benefits, the Southern District of Indiana has adopted the recommendations put forth by the Court Administration and Case Management Committee of the Administrative Office of the United States Courts regarding the practice of using only the first name and last initial of any non-governmental parties in Social Security opinions. This practice has been implemented in this Order.

Distribution:

Lori M. Craig
KELLER & KELLER
lcraig@2keller.com

Eric Adam Farr
KELLER & KELLER
efarr@2keller.com

Taehee Hwang
Social Security Administration
taehee.hwang@ssa.gov

Nicholas Thomas Lavella
KELLER & KELLER
nlavella@2keller.com

Matthew Frederick Richter
KELLER & KELLER LLP
mrichter@2keller.com

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov